| | |
|---|---|
| 1 | RONALD S. LEMIEUX (SB# 120822) ronaldlemieux@paulhastings.com |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | Five Palo Alto Square |
| | Sixth Floor |
| 3 | Palo Alto, CA 94306-2155 |
| | Telephone: (650) 320-1800 |
| 4 | Facsimile: (650) 320-1900 |
| 5 | Attorneys for Defendants |
| | APOTEX, INC. and APOTEX CORP. |

05 JUL 20 PM 1:07

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCHE PALO ALTO LLC, formerly known as Syntex (U.S.A.) LLC, and ALLERGAN, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>APOTEX, INC., a Canadia corporation, and APOTEX CORP., a Delaware corporation,<br><br>Defendants. | CASE NO. C 05 02116 EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MANNY D. POKOTILOW AS ATTORNEY *PRO HAC VICE* |

Manny D. Pokotilow, an active member in good standing of the bar of Pennsylvania, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Apotex, Inc. and Apotex Corp.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro*

CASE NO. C 05 02116 EMC        -1-        [PRO.] ORDER GRANTING APPLICATION FOR ADMISSION OF MANNY D. POKOTILOW AS ATTORNEY PRO HAC VICE

1  *hac vice*. Service of papers upon and communication with co-counsel designated in the
2  application shall constitute notice to the party.

3
4  DATED: ~~July~~ August 5, 2005

            /s/ Edward M. Chen
            EDWARD M. CHEN
            United States Magistrate Judge

SF/371440.1

CASE NO. C 05 02116 EMC        -2-        [PRO.] ORDER GRANTING APPLICATION FOR ADMISSION
                                          OF MANNY D. POKOTILOW AS ATTORNEY PRO HAC VICE