1   RONALD S. LEMIEUX (SB# 120822) ronaldlemieux@paulhastings.com
2   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    Five Palo Alto Square                      05 JUL 20  PM 1:09
    Sixth Floor
3   Palo Alto, CA  94306-2155                  RICHARD W. WIEKING
    Telephone:  (650) 320-1800                 CLERK, U.S. DISTRICT COURT
4   Facsimile:  (650) 320-1900                 NORTHERN DISTRICT OF CALIFORNIA

5   Attorneys for Defendants
    APOTEX, INC. and APOTEX CORP.
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  ROCHE PALO ALTO LLC, formerly         CASE NO. C 05 02116 EMC
    known as Syntex (U.S.A.) LLC, and
13  ALLERGAN, INC., a Delaware            [PROPOSED] ORDER GRANTING
    corporation,                          APPLICATION FOR ADMISSION OF
14                                        ROBERT S. SILVER AS ATTORNEY *PRO*
                    Plaintiffs,           *HAC VICE*
15
         vs.
16
    APOTEX, INC., a Canadia corporation,
17  and APOTEX CORP., a Delaware
    corporation,
18
                    Defendants.
19

20

21

22          Robert S. Silver, an active member in good standing of the bar of Pennsylvania,

23  having applied in the above-entitled action for admission to practice in the Northern District of

24  California on a *pro hac vice* basis, representing Apotex, Inc. and  Apotex Corp.,

25

26          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

27  and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro*

28  *hac vice*.  Service of papers upon and communication with co-counsel designated in the

1  application shall constitute notice to the party.

2

3  DATED: ~~July~~ August 5 , 2005

4

5  _____

   EDWARD M. CHEN
6  United States District Judge
                Magistrate
7  SF/371417.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28