1  RONALD S. LEMIEUX (SB# 120822) ronaldlemieux@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  Five Palo Alto Square
   Sixth Floor
3  Palo Alto, CA 94306-2155
   Telephone: (650) 320-1800
4  Facsimile: (650) 320-1900

5  Attorneys for Defendants
   APOTEX, INC. and APOTEX CORP.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 ROCHE PALO ALTO LLC, formerly         CASE NO. C 05 02116 EMC
   known as Syntex (U.S.A.) LLC, and
13 ALLERGAN, INC., a Delaware            [PROPOSED] ORDER GRANTING
   corporation,                          APPLICATION FOR ADMISSION OF
14                                       MONA GUPTA AS ATTORNEY *PRO HAC
                   Plaintiffs,           VICE*
15
       vs.
16
   APOTEX, INC., a Canadia corporation,
17 and APOTEX CORP., a Delaware
   corporation,
18
                   Defendants.
19

20

21

22

23     Mona Gupta, an active member in good standing of the bar of Pennsylvania,

24 having applied in the above-entitled action for admission to practice in the Northern District of

25 California on a *pro hac vice* basis, representing Apotex, Inc. and Apotex Corp.,

26

27     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

28 and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro*

Case No. C 05 02116 EMC          -1-          [PRO.] ORDER GRANTING APPLICATION FOR ADMISSION
                                              OF MONA GUPTA AS ATTORNEY PRO HAC VICE

1  *hac vice*. Service of papers upon and communication with co-counsel designated in the
2  application shall constitute notice to the party.
3
4
5
6  DATED: ~~July~~ August 5, 2005
7
8  _____
   EDWARD M. CHEN
   United States ~~District~~ Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 05 02116 EMC     -2-     [PRO.] ORDER GRANTING APPLICATION FOR ADMISSION OF MONA GUPTA AS ATTORNEY PRO HAC VICE)