1  RONALD S. LEMIEUX (SB# 120822) ronaldlemieux@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  Five Palo Alto Square
   Sixth Floor
3  Palo Alto, CA 94306-2155
   Telephone: (650) 320-1800
4  Facsimile: (650) 320-1900

5  Attorneys for Defendants
   APOTEX, INC. and APOTEX CORP.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 ROCHE PALO ALTO LLC, formerly         CASE NO. C 05 02116 EMC
   known as Syntex (U.S.A.) LLC, and
13 ALLERGAN, INC., a Delaware            [PROPOSED] ORDER GRANTING
   corporation,                          APPLICATION FOR ADMISSION OF
14                                       ALAN H. BERNSTEIN AS ATTORNEY
                 Plaintiffs,             PRO HAC VICE
15
        vs.
16
   APOTEX, INC., a Canada corporation, and
17 APOTEX CORP., a Delaware corporation,

18              Defendants.

19

20

21

22        Alan H. Bernstein, an active member in good standing of the bar of Pennsylvania,

23 having applied in the above-entitled action for admission to practice in the Northern District of

24 California on a *pro hac vice* basis, representing Apotex, Inc. and Apotex Corp.,

25

26        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

27 and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro*

28 *hac vice*. Service of papers upon and communication with co-counsel designated in the

Case No. C 05 02116 EMC                    [PRO.] ORDER GRANTING APP. FOR ADMISSION OF
                                           ALAN H. BERNSTEIN AS ATTORNEY PRO HAC VICE

1 application shall constitute notice to the party.

2
3 DATED: ~~July~~ August 5, 2005

_____
EDWARD M. CHEN
United States ~~District~~ Magistrate Judge

SF/371385.1
Case No. C 05 02116 EMC     -2-     [PRO.] ORDER GRANTING APP. FOR ADMISSION OF ALAN H. BERNSTEIN AS ATTORNEY PRO HAC VICE