ALEXANDER L. BRAINERD (No. 42722)
KEITH R. WEED (No. 95563)
CHRISTINE SAUNDERS HASKETT (No. 188053)
DUANE D. B. NASH (No. 220785)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
alexander.brainerd@hellerehrman.com
keith.weed@hellerehrman.com
christine.haskett@hellerehrman.com
duane.nash@hellerehrman.com

Attorneys for Plaintiffs
ROCHE PALO ALTO LLC and ALLERGAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHE PALO ALTO LLC, formerly known as Syntex (U.S.A.) LLC, and ALLERGAN, INC., a Delaware corporation,<br><br>   Plaintiffs and Counter-Defendants,<br><br>v.<br><br>APOTEX, INC., a Canada corporation, and APOTEX CORP., a Delaware corporation,<br><br>   Defendants and Coutner-Plaintiffs. | Case No.: C 05 02116 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COUNTERCLAIM** |

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COUNTERCLAIM
Case No.: C 05 02116 MJJ

1  WHEREAS, on May 24, 2005, Plaintiffs and Counter-Defendants Roche Palo Alto LLC and Allergan, Inc. commenced the present action by filing a Complaint for infringement of United States Patent No. 5,110,493 ("the '493 patent") by Defendants and Counter-Plaintiffs Apotex, Inc. and Apotex, Corp.

WHEREAS, on July 25, 2005, Defendants and Counter-Plaintiffs answered the Complaint and filed a Counterclaim seeking, *inter alia*, declaratory relief that the '493 patent be adjudged invalid and unenforceable.

WHEREAS, on August 16, 2005, counsel for Plaintiffs and Counter-Defendants requested from counsel for Defendants and Counter-Plaintiffs that the deadline for filing Plaintiffs and Counter-Defendants' response to the Counterclaim be postponed;

WHEREAS, the parties wish to agree on a date certain for Plaintiffs and Counter-Defendants to respond to the Counterclaim in this matter; and

THEREFORE, by and through their respective undersigned counsels, the parties hereby stipulate that Plaintiffs and Counter-Defendants' response to Defendants and Counter-Plaintiffs' Counterclaim shall be due on August 26, 2005.

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COUNTERCLAIM
Case No.: C 05 02116 MJJ

IT IS SO STIPULATED.

DATED: August 17, 2005

_____/s/_____
Alexander L. Brainerd
HELLER EHRMAN LLP
333 Bush Street, Suite 3000
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiffs and Counter-Defendants
ROCHE PALO ALTO LLC and ALLERGAN, INC.

DATED: August 17, 2005

_____/s/_____
Ronald S. Lemieux
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2109
Telephone:  (650) 320-1821
Facsimile: (650) 320-1921

Attorney for Defendants and Counter-Plaintiffs
APOTEX, INC. and APOTEX CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August \_\_19\_\_, 2005

_____
The Honorable Martin J. Jenkins
United States District Judge
For the Northern District of California

2

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COUNTERCLAIM
Case No.: C 05 02116 MJJ