ALEXANDER L. BRAINERD (Bar No. 42722)
KEITH R. WEED (Bar No. 95563)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
SAMUEL F. ERNST (Bar No. 223963)
NATHAN E. SHAFROTH (Bar No. 232505)
HELLER EHRMAN LLP
333 Bush Street, 9th Floor
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
nathan.shafroth@hellerehrman.com

Attorneys for Plaintiffs and Counter-Defendants
ROCHE PALO ALTO LLC and ALLERGAN, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCHE PALO ALTO LLC, formerly known as Syntex (U.S.A.) LLC, and ALLERGAN, INC., a Delaware corporation,<br><br>　　　Plaintiffs and Counter-Defendants,<br><br>　　　v.<br><br>APOTEX, INC., a Canada corporation, and APOTEX CORP., a Delaware corporation,<br><br>　　　Defendants and Counter-Plaintiffs. | Case No.: 3:05-cv-02116-MJJ<br><br>**REQUEST FOR IMMEDIATE STATUS CONFERENCE & [PROPOSED] ORDER**<br><br>The Honorable Martin J. Jenkins |

Roche Palo Alto LLC ("Roche") and Allergan, Inc. ("Allergan") (collectively, "Plaintiffs") request that this case be reopened and that a status conference be scheduled immediately. Counsel for Plaintiffs have discussed this request with counsel for Apotex, Inc. and Apotex Corp. (collectively "Defendants"), and Defendants' counsel agrees that an immediate status conference scheduled immediately.

## BACKGROUND

This is an action under 35 U.S.C. section 271(e)(2) for infringement and inducement of infringement of U.S. Patent No, 5, 110, 493 ("the '493 patent"). Defendants are generic pharmaceutical companies who have filed an Abbreviated New Drug Application ("ANDA") 76-308, through which they seek FDA approval to sell a generic 0.4% ketorolac tromethamine ophthalmic formulation. Plaintiffs allege that Defendants' filing of ANDA 76-308 infringes the '493 patent.

The parties have previously litigated another case involving Defendants' infringement of the '493 patent. That previous case concerned Defendants' filing of ANDA 76-109, through which Defendants sought FDA approval to sell a generic 0.5% ketorolac tromethamine ophthalmic formulation, Case No. 3:01-cv-02214. In a Judgment entered on August 18, 2006, this Court found that Defendants' filing of ANDA 76-109 infringed the '493 patent and that the '493 patent was valid and enforceable. The Federal Circuit recently affirmed the Judgment. Defendants currently have pending before the Federal Circuit a motion to recall and stay the Federal Circuit's mandate in Case No. 3:01-cv-02214, and for an *ex post* extension of time to file a petition for rehearing (by panel and en *banc*) of their appeal in that case.

*This* case was stayed while Case No. 3:01-cv-02214 proceeded in this Court and on appeal. It appears, however, that the Court administratively closed this case.

Apotex has now indicated that it intends to litigate this case. Time is of the essence. Defendants notified Plaintiffs of their filing of ANDA 76-308 on or about April 11, 2005. Therefore, in the absence of (a) a decision that ANDA 76-308 infringes the '493 patent or (b) a preliminary injunction prohibiting Defendants from engaging in the commercial manufacture or sale of the

1

REQUEST FOR IMMEDIATE STATUS CONFERENCE
CASE NO. 3:05-cv-02116-MJJ

1  generic drug covered by ANDA 76-308, the Food and Drug Administration could potentially grant
2  final approval of Defendants' ANDA 76-308 on <u>October 11, 2007</u>. *See* 21 U.S.C. §355(j)(5)(B)(iii).
3        Plaintiffs therefore request that the Court re-open this case and schedule an immediate status
4  conference. Defendants do not oppose an immediate status conference, but—through counsel—have
5  expressed a preference that such conference be held on a Tuesday or Wednesday.

7  Dated: May 25, 2007        HELLER EHRMAN LLP
8  By        /s/ Nathan E. Shafroth
9  Attorneys for Plaintiffs and Counter-Defendants
10  ROCHE PALO ALTO LLC and ALLERGAN, INC.

2

REQUEST FOR IMMEDIATE STATUS CONFERENCE
CASE NO. 3:05-cv-02116-MJJ

1
2           [PROPOSED] ORDER
3     The Request for an Immediate Status Conference is hereby GRANTED. Counsel for all
4  parties are ordered to submit a joint status conference statement on __6/1/07 or ASAP__, and to
   appear before the Court for a status conference on __Tues., 6/5/07 at 2:00 p.m.__
5
6     Dated: __5/31/2007__                         _____
7                                                   MARTIN J. JENKINS
8                                                   UNITED STATES DISTRICT JUDGE
                                                    NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

REQUEST FOR IMMEDIATE STATUS CONFERENCE
CASE NO. 3:05-cv-02116-MJJ

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 25th day of May 2007, with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Alan H. Bernstein, Esq. | ahbernstein@crbcp.com |
| Manny D. Pokotilow, Esq. | mpokotilow@crbcp.com |
| Robert S. Silver, Esq. | rssilver@crbcp.com |
| Mona Gupta, Esq. | mgupta@crbcp.com |
| William J. Castillo, Esq. | cuneoc@howrey.com |

By  /s/ Nathan E. Shafroth
     NATHAN E. SHAFROTH

Attorneys for Plaintiffs and Counter-Defendants
ROCHE PALO ALTO LLC and ALLERGAN, INC.