1 | ALEXANDER L. BRAINERD (Bar No. 42722)
2 | KEITH R. WEED (Bar No. 95563)
  | CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
3 | SAMUEL F. ERNST (Bar No. 223963)
  | NATHAN E. SHAFROTH (Bar No. 232505)
4 | HELLER EHRMAN LLP
  | 333 Bush Street, 9th Floor
5 | San Francisco, CA 94104-2878
  | Telephone: (415) 772-6000
6 | Facsimile: (415) 772-6268
  | keith.weed@hellerehrman.com

Attorneys for Plaintiffs and Counter-Defendants
ROCHE PALO ALTO LLC and ALLERGAN, INC.

DANIEL RAPAPORT (Bar No. 67217)
WENDEL ROSEN BLACK & DEAN LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
drapaport@wendel.com

ALAN H. BERNSTEIN (*pro hac vice*)
ROBERT S. SILVER (*pro hac vice*)
MANNY D. POKOTILOW (*pro hac vice*)
MONA GUPTA (*pro hac vice*)
WILLIAM J. CASTILLO (*pro hac vice*)
CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
1635 Market Street
Seven Penn Center – 12th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

Attorneys for Defendants and Counter-Plaintiffs
APOTEX, INC. and APOTEX CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCHE PALO ALTO LLC, formerly known as Syntex (U.S.A.) LLC, and ALLERGAN, INC., a Delaware corporation, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> APOTEX, INC., a Canada corporation, and APOTEX CORP., a Delaware corporation, <br><br> Defendants and Counter-Plaintiffs. | Case No.: 3:05-cv-02116-MJJ <br><br> [~~PROPOSED~~] AMENDED CASE MANAGEMENT ORDER AND SCHEDULE <br><br> Judge: Hon. Martin J. Jenkins <br> Dept.: Courtroom 11 <br> Date: June 22, 2007 |

[PROPOSED] AMENDED CASE MANAGEMENT ORDER AND SCHEDULE
CASE NO. 3:05-cv-022116-MJJ

In accordance with the Court's oral ruling at the Telephonic Status Conference held on June 21, 2007, the parties hereby submit, and agree to be bound by, the following schedule:

| Event | Date |
|---|---|
| • Defendants shall produce to Plaintiffs ANDA No. 77-308<br>• Plaintiffs shall produce to Defendants NDA No. 21-528. | **July 2, 2007** |
| The Parties may serve a maximum of 25 Requests for Admission on the issue of infringement by this date. | **July 11, 2007** |
| Both parties' responses to RFAs due. | **July 18, 2007** |
| Plaintiffs' motion for summary judgment due. | **July 30, 2007** |
| Defendants' opposition to Plaintiffs' motion due. | **August 13, 2007** |
| Plaintiffs reply to Defendants' opposition due. | **August 21, 2007** |
| Hearing on Plaintiffs' motion, Courtroom 11. | FRIDAY, AUGUST 31, 2007 AT 9:30 AM. |

To the extent the Court does not file a decision that fully disposes of this case by September 11, 2007, a Status Conference will be held on that date at 2:00 pm in Courtroom 11.

Dated:  June 22, 2007            HELLER EHRMAN LLP

By   /s/  Keith R. Weed
Keith R. Weed
Attorneys for Plaintiffs and Counter-Defendants
ROCHE PALO ALTO LLC and ALLERGAN, INC.

Dated:  June 22, 2007            CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.

By    /s/ Robert S. Silver
Robert S. Silver
Attorneys for Defendants and Counter-Plaintiffs
APOTEX, INC. and APOTEX CORP.

1

[PROPOSED] AMENDED CASE MANAGEMENT ORDER AND SCHEDULE
CASE NO. 3:05-cv-022116-MJJ

# AMENDED CASE MANAGEMENT ORDER

The Proposed Order and Schedule are hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: June 29, 2007

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

**ECF CERTIFICATION**

I, Keith R. Weed, am the ECF User whose identification and password are being used to file this [Proposed] Amended Case Management Order and Schedule. In compliance with General Order 45.X.B, I hereby attest that Mr. Robert S. Silver, Esq. has concurred in this filing.

Dated: June 22, 2007          HELLER EHRMAN LLP

By  /s/ Keith R. Weed

Attorneys for Plaintiffs and Counter-Defendants
SYNTEX (U.S.A.) LLC and ALLERGAN, INC.

3

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 22nd day of June 2007, with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Alan H. Bernstein, Esq. | ahbernstein@crbcp.com |
| Manny D. Pokotilow, Esq. | mpokotilow@crbcp.com |
| Robert S. Silver, Esq. | rssilver@crbcp.com |
| Mona Gupta, Esq. | mgupta@crbcp.com |
| William J. Castillo, Esq. | wjcastillo@crbcp.com |
| David Eric Goldman, Esq. | dgoldman@wendel.com |

By  /s/ Keith R. Weed
 Keith R. Weed
 Attorneys for Plaintiffs and Counter-Defendants
 ROCHE PALO ALTO LLC and ALLERGAN, INC.