E-filing

**FILED**

JUL 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHE PALO ALTO LLC ET AL, | No. C05-02116 MJJ |
| Plaintiff, | **ORDER REGARDING PROTECTIVE ORDER** |
| v. | |
| APOTEX, INC. ET AL, | |
| Defendant. | |

On July 11, 2007, the parties submitted a Proposed Stipulated Protective Order. The Court hereby orders the parties to submit a revised protective order complying with the requirements set forth below.

1) When defining what constitutes "Confidential Information" and 'Confidential – Attorneys Eyes Only" information, add a provision which provides that the information sought to be protected must be properly subject to protection under FRCP 26(c) and that counsel shall not designate any material under either category without first making a good faith determination that protection is warranted under FRCP 26(c).

2) Designate a time limit on the Court's jurisdiction to enforce the terms of the order. (e.g., six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: 7/13/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE